IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR LLOYD MITCHELL, | : | |
|     Petitioner | : | No. 1:13-cv-00120 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| LAUREL HARRY, | : | (Magistrate Judge Blewitt) |
|     Respondent | : | |

## ORDER

**AND NOW**, on this 3rd day of December 2013, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT** the Report and Recommendation of Magistrate Judge Blewitt (Doc. No. 37) is **ADOPTED**. Petitioner's objections (Doc. No. 38) are **OVERRULED.**

**ACCORDINGLY**, Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to close the case.

                                                                        s/ Yvette Kane
                                                                        Yvette Kane, District Judge
                                                                        United States District Court
                                                                        Middle District of Pennsylvania